05-18-00596-CV

**CAUSE NO. JC 18-00535-W**

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| JALIL JAI'VION WOOTEN | § | DALLAS COUNTY, TEXAS |
| DEWANE JAI'CION LAMPKIN | § | |
| | § | |
| A CHILD | § | 304 JUDICIAL DISTRICT |

RECEIVED IN
IN THE DISTRICT COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 10:31:16 AM
LISA MATZ
Clerk

## ORDER TRANSFERRING SUIT AFFECTING THE PARENT-CHILD RELATIONSHIP

This Court, after considering the pleadings, finds that no controverting affidavit has been filed, that transfer is mandated by § 155.201(b), Texas Family Code, that this Court has authority to effect the transfer pursuant to § 262.203(a), Texas Family Code, and that the Motion to Transfer filed by Department of Family and Protective Services should be granted.

The Court finds that the ex parte orders for the protection of the children, JALIL JAI'VION WOOTEN AND DEWANE JAI'CION LAMPKIN, were signed by the Judge of this Court on or about May 8, 2018. The statutory deadline / dismissal date for this case is May 13, 2019. The Court further finds that the most recent hearing in this case was an Adversary hearing concluded on May 31, 2018. The Court further finds that the next hearing is due to be held on or before June 29, 2018, as a status hearing.

**IT IS THEREFORE ORDERED** that jurisdiction over the person and the status of the child named herein, which jurisdiction had been established in Cause Number JC-18-535-W, styled In the Interest of JALIL JAI'VION WOOTEN AND DEWANE JAI'CION LAMPKIN, in the 304 Judicial District Court of Dallas County, is transferred to the appropriate District Court, BEXAR County to render all further orders to protect the health and safety of the child subject of this suit.

The clerk of this Court is ordered to transmit, no later than the 10th working day after the date this transfer order is signed, to the appropriate District , BEXAR County, the complete files in all matters affecting the child in any pending proceeding, including certified copies of all entries in the minutes, and a certified copy of each final order and a certified copy of the order of transfer signed by the transferring court, in accordance with the provisions of §155.207(a) of the Texas Family Code. The clerk of the aforementioned Court is ordered to keep a copy of the transferred files.

Present at hearing on :
DFPS REPRESENTATIVE, Shalonda Brown, Shalonda.Brown@dfps.state.tx.us
Attorney for DFPS, Carrie Chavez, carrie.chavez@dallascounty.org
Attorney and guardian ad litem, Edwin Nwokocha, nwokochalaw@aol.com
Attorney for Respondent Mother, Shannon Timberlake, shannontimberlake81@gmail.com

SIGNED THIS THE ⟋ DAY OF May 31, 2018.

HONORABLE JUDGE ANDREA MARTIN
304TH DISTRICT COURT